

FILED
MAY 26 2026
Clerk U.S. District Court
Greensboro, NC
By

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOE W. CARTER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:25-cv-19 |
| | ) | |
| NORTH CAROLINA, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>ORDER</u>

This matter is before the Court on the United States Magistrate Judge's Recommendation ("Recommendation") to dismiss the case as untimely under 28 U.S.C. § 2244(d)(1). The United States Magistrate Judge filed the Recommendation on March 18, 2026. *See* Dkt. 19. The Clerk's office served notice on the parties, *see* Dkt. 20, and no objections were filed within the requisite time limits. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Therefore, the Court need not make a *de novo* determination, *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3), and "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v.*

*Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment). After due consideration, the Recommendation is hereby adopted in full.

**IT IS THEREFORE ORDERED** that the Recommendation, Dkt. 19, is **ADOPTED.**

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE** as untimely under 28 U.S.C. § 2244(d)(1).

The Court further finds that there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling. Accordingly, a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 26th day of May, 2026.

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE

2